# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CAIN BARRUETA,

     Defendant.

     2:11-cr-0240-KJD-GWF

     **AMENDED ORDER**

   Before the court is the defendant's Motion to Modify Conditions of Release (#27) There being no objection by the U.S. Pretrial Services Agency or the government, and for good cause shown,

   IT IS ORDERED that the Motion (#27) is granted as follows: the defendant shall no longer be subject to home confinement or RF monitoring.

   DATED this 22nd day of September, 2011.

          _____
          **LAWRENCE R. LEAVITT**
          **UNITED STATES MAGISTRATE JUDGE**